JOHN J. GARZON, ESQ
Attorney for Petitioner
46-12 Queens Blvd., Ste. 204
Sunnyside, New York 11104
Tel: (718) 433-1331
attyjohngarzon@msn.com

Counsel for Petitioner

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Carlos Nahun Cantor Garcia,** <br><br> Petitioner, <br><br> v. <br><br> Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pamela BONDI, Attorney General; Todd LYONS, Acting Director, Immigration and Customs Enforcement; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; John TSOUKARIS, in his official capacity as Director of the Newark Field Office of Immigration and Customs Enforcement. <br><br> Respondents. | Case No. <br><br><br> **PETITIONER'S PROPOSED ORDER TO SHOW CAUSE** <br><br><br><br> IMMIGRATION HABEAS CASE |

1

**ORDER TO SHOW CAUSE**

The Court, having reviewed the Petition for Writ of Habeas Corpus and all exhibits in support

thereof, HEREBY ORDERS:

1.  That Respondents appear before this Court on _____, at _____ a.m./p.m.

    to show cause why the relief sought should not be granted.

IT IS SO ORDERED.

DATED:_____                                    _____

                                                         United States District Judge

2