```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

 CARLOS NAHUN CANTOR GARCIA,

                     Petitioner,                    ORDER
                                                 26-CV-798 (EK)

            -against-

 KRISTI NOEM, Secretary of the U.S.
 Department of Homeland Security;
 PAMELA BONDI, Attorney General;
 WILLIAM JOYCE, Acting Field Office
 Director of U.S. ICE, New York Field
 Office; JOHN TSOUKARIS, Field Office
 Director of U.S. ICE, Newark Field
 Office,

                     Respondents.

---------------------------------------x
```

ERIC KOMITEE, United States District Judge:

Petitioner filed this petition for a writ of habeas corpus, challenging his detention by U.S. Immigration and Customs Enforcement at the Delaney Hall Detention Facility in Newark, New Jersey.  ECF No. 1.  He seeks immediate release from custody.  *Id.*

As articulated in *Rumsfeld v. Padilla*, "[w]henever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement."  542 U.S. 426, 447 (2004).  On the face of the Petition, venue lies in the District of New Jersey.

The Clerk of Court is therefore directed to transfer this action to the United States District Court for the District of New Jersey.  28 U.S.C. § 1406(a).  Rule 83.1 of the Local Rules of the Eastern District of New York, which contemplates a seven-day delay before the Clerk shall transfer a case from this district, is waived.  The Clerk of Court is respectfully directed to mail a copy of this order to the petitioner and to note the mailing on the docket.

SO ORDERED.


_/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge


Dated:     February 12, 2026
           Brooklyn, New York

2