# Exhibit B

# Docket Activity Report

# Docket Activity Report

## U.S. District Court -- Eastern District of New York

### Report Filed Period: 2/11/2026 - 2/16/2026

| Case Number/Title | Dates | Category/ Event | Docketed by | Notes |
|---|---|---|---|---|
| 1:26-cv-00798-EK Cantor Garcia v. Noem et al **CASE CLOSED on 02/12/2026** | *Entered:* 02/11/2026 17:04:33 *Filed:* 02/11/2026 | *Category:* cmp *Event:* Petition for Writ of Habeas Corpus *Document:* 1 | J. Garzon *Type:* aty | *Cause:* 28:2241 Petition for Writ of Habeas Corpus (federa *NOS:* Habeas Corpus - Alien Detainee *Office:* Brooklyn *Presider:* Eric R. Komitee *Jury demand:* None *Case Flags:* CLOSED HABEAS ACO IMMHAB TransferredOutCase-DoNotDocket |
| | PETITION for Writ of Habeas Corpus filing fee $ 5, receipt number ANYEDC-19903276, filed by CARLOS NAHUN CANTOR GARCIA. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Proposed Order Proposed Order) (Garzon, John) | | | |
| | *Entered:* 02/12/2026 10:03:07 *Filed:* 02/12/2026 | *Category:* utility *Event:* Case Assigned/Reassigned | K. Davis *Type:* crt | |
| | Case Assigned to Judge Eric R. Komitee. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) | | | |
| | *Entered:* 02/12/2026 10:06:28 *Filed:* 02/12/2026 | *Category:* misc *Event:* Quality Control Check - Attorney Case Opening *Document:* 2 | K. Davis *Type:* crt | |
| | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. **Corrections have been made. Please refer to ALL Corrections made on this case, Specifically the "Other" section on the Quality Control Check Form!** (KD) | | | |
| | *Entered:* 02/12/2026 11:54:15 *Filed:* 02/12/2026 | *Category:* order *Event:* Order(Other) *Document:* 3 | J. Pagano *Type:* crt | |
| | ORDER: For the reasons set forth in the enclosed order, the Clerk of Court is directed to transfer this action to the United States District Court for the District of New Jersey. 28 U.S.C. | | | |

§ 1406(a). Rule 83.1 of the Local Rules of the Eastern District of New York, which contemplates a seven-day delay before the Clerk shall transfer a case from this district, is waived. The Clerk of Court is respectfully directed to mail a copy of this order to the petitioner and to note the mailing on the docket. ORDER ENCLOSED. Ordered by Judge Eric R. Komitee on 2/12/2026. (JAP)

| *Entered:* 02/12/2026 12:27:11 *Filed:* 02/12/2026 | *Category:* motion *Event:* Show Cause *Document:* [4] 🌐 | J. Garzon *Type:* aty | |

MOTION for Order to Show Cause by Carlos Nahun Cantor Garcia. (Garzon, John)

| *Entered:* 02/13/2026 11:22:34 *Filed:* 02/12/2026 | *Category:* transfer *Event:* Case Transferred Out - District Transfer 🌐 | I. Herrera *Type:* crt | |

Case transferred to District of New Jersey. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (IH)

| *Entered:* 02/13/2026 12:05:32 *Filed:* 02/13/2026 | *Category:* utility *Event:* Transfer Case Opened 🌐 | T. Lee-Harris *Type:* crt | |

Case transferred from New York Eastern has been opened in District of New Jersey [LIVE] as case 3:26-cv-01450, filed 02/13/2026. (TLH)

## Selection Criteria for Report

| Case number | 1:26-cv-798 |
|---|---|
| **Only cases to which I am linked** | No |
| **Filed Date** | 2/11/2026 - 2/16/2026 |
| **Entered Date** | All |
| **Office** | All |
| **Nature of Suit** | All |
| **Cause** | All |
| **Case type** | All |
| **Case flags** | All |
| **Open Cases** | No |
| **Closed Cases** | No |
| **Event Category** | All |
| **Docket Text** | full |
| **Sort by** | case number |
| **Total Number of Docket Entries: 7** | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/15/2026 17:29:50 | | | |
| **PACER Login:** | Dinkeles | **Client Code:** | |
| **Description:** | Docket Activity Report | **Search Criteria:** | 1:26-cv-00798-EK Filed From: 2/11/2026 Filed To: 2/16/2026 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |