# Exhibit C

# EARM

# Detention History

TD    Report Center    CART    Help                                                                                    Logged In: RKJZG

: 11/15/1984    Current Age: **41**    COB: **HONDU**    COC: **HONDU**

Disposition: **Warrant of Arrest/Notice to Appear**    ICE Non-Detained Portal Verified Account: **No**    RCA Look-Up

3B]    Docket: **VRK - VRK C/S America 334-666 - IM**

Time in Custody: **17 days**                              Special Class:

Depart / Cleared Status: **ACTIVE**

Current / Ac

In Custody

Z-Hold

View All Al



## Detention History

Person ID: ███████

Controlling A-Number ████████

Name: **Cantor Garcia, Carlos**

| A-Number | Subject ID | Case ID | Book In Date | Book In DCO | Detention Location | Book Out Date | Release / Book Out Type | Days In Custody | Days In Facility |
|---|---|---|---|---|---|---|---|---|---|
| ████████ | ███████ | 25364530 | 02/11/2026 1530 | NYC | BROOKLYN MDC | In Custody | | 17 | 4 |
| ████████ | ███████ | 25364530 | 01/29/2026 2200 | NEW | DELANEY HALL DETENTION FACILITY | 02/11/2026 1300 | Transferred - NYC | 17 | 13 |
| ████████ | ███████ | 25364530 | 01/29/2026 1545 | CIP | CENTRAL ISLIP HOLD ROOM | 01/29/2026 2110 | Transferred - NEW | 17 | 1 |

Close

U.S. Veteran Status: **N**                                    SSN: **N/A**

Relationship to U.S. Veteran(s): **N/A**                 Disassociated Family ID:

ated Felony Convictions

Can you speak and understand English well?: **N/A**

Can you read and write English well?: **N/A**

Primary Language: **SPANISH**