# Exhibit E

## I-213

**U.S. Department of Homeland Security**     Subject ID : ▉▉▉▉▉▉    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| CANTOR GARCIA, CARLOS | | | M | BLK | BRO | |

| Country of Citizenship | Passport Number and Country of Issue | File Number CIP2601000493 | Height 65 | Weight 155 | Occupation Bakery |
|---|---|---|---|---|---|
| HONDURAS | | ▉▉▉▉▉▉ | | | |

U.S. Address: ▉▉▉▉▉▉ HEMPSTEAD, NEW YORK, 11550, UNITED STATES

Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at |
|---|---|
| Unknown Date Unknown Time, UNK, WI-Without Inspection | |

F.B.I. Number ▉▉▉▉▉▉
☐ Single  ☐ Divorced  ☒ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension: NCA

| Date of Birth ▉▉1984    Age: 41 | Date of Action 01/29/2026 | Location Code CIP/NYC | At/Near See I-831 | Date/Hour 01/29/2026 17:53 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth HONDURAS | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By M1193 F. DAMIANO |
|---|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|

| Immigration Record NEGATIVE | Criminal Record |
|---|---|

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) Angela NATIONALITY: HONDURAS | Number and Nationality of Minor Children 3-UNITED STATES |
|---|---|

| Father's Name, Nationality, and Address, if Known MANZANARES, ANGEL  NATIONALITY: HONDURAS | Mother's Present and Maiden Names, Nationality, and Address, if Known CANTOR GARCIA, MARIA  NATIONALITY: HONDURAS |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer See Narrative | Type of Employment Employee | Salary Hr | Employed from/to 01/01/2024 |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended.  Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation.  Indicate means and route of travel to interior.)

FIN: ▉▉▉▉▉▉        Left Index fingerprint            Right Index fingerprint

```
FAMILY INFORMATION
--------------------
Father:MANZANARES, ANGEL  is a citizen of  HONDURAS.
Mother:CANTOR GARCIA, MARIA  is a citizen of  HONDURAS.
Spouse:Angela is a citizen of  HONDURAS, , their immigration status is Application Withdrawn.
Daughter:Karen is a citizen of  UNITED STATES.
Son:Abraham is a citizen of  UNITED STATES.
Son:Noah is a citizen of  UNITED STATES.

SUBJECT HEALTH STATUS ...(CONTINUED ON I-831)
```

MATTHEW ZABBIA
Deportation Officer

Alien has been advised of communication privileges  1/29/2026 mz  (Date/Initials)    _____ (Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: MATTHEW ZABBIA |
| | on: January 29, 2026 _____ (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: DIAZ, J 7700 |

Form I-213 (Rev. 08/01/07)

Continuation Page for Form I-213

**U.S. Department of Homeland Security**

| Alien's Name | File Number | Date |
|---|---|---|
| CANTOR GARCIA, CARLOS | ▮▮▮▮▮▮▮▮<br>Event No: CIP2601000493 | 01/29/2026 |

---
The subject does not claim good health. Please contact your local IHSC health care staff member for additional information.

CURRENT ADMINISTRATIVE CHARGES
---
01/29/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

RECORDS CHECKED
---
NCIC checked on 01/29/2026 with Negative result.TECS checked on 01/29/2026 with Negative result.CLAIM checked on 01/29/2026 with Negative result.CIS checked on 01/29/2026 with Positive result.EARM checked on 01/29/2026 with Negative result.

NAME AND ADDRESS OF US EMPLOYER
---
BAGEL SHOP, UNKNOWN SEAPORT, NEW YORK, 10038, UNITED STATES

ARRESTED AT/NEAR
---
CLINTON STREET & JACKSON AVE, HEMPSTEAD, NEW YORK, 11550, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
---
OFFICER SIGNING THE I-213 RESPONSIBLE FOR PROCESSING SUBJECT

ARREST:
On Thursday, January 29, 2026, at approximately 1300hrs, CBP, with HSI assistance, arrested Carlos CANTOR Garcia (A# ▮▮▮▮▮▮▮▮; DOB: ▮▮▮▮▮1984; COB: Honduras), pursuant to an I-200 Warrant of Arrest. At approximately 1250hrs, officers approached an individual in the vicinity of Jackson Ave. St. and Clinton St., Hempstead, NY, and asked if he'd be willing to speak with officers, to which he agreed. Officers asked for ID and the individual provided a USCIS issued EAD card bearing the name and A# above. Record checks revealed CANTOR Garcia is a citizen and national of Honduras with no lawful status in the United States, CANTOR Garcia has a pending I-589 application. Officers determined CANTOR Garcia was illegally present in the United States, placed him under arrest, and transported him to 535 Federal Plaza, Central Islip, NY for processing.

(PREVIOUS IS ARRESTING/CASE OFFICERS NARRATIVE OF ARREST).

ALIENAGE:
CANTOR is a national and citizen of Honduras.

IMMIGRATION HISTORY:
Immigration records and databases reveal CANTOR was previously encountered by U.S. Border Patrol (USBP) on or about May 5, 2002, under the alias of Mario Zavala Mejilla, after he illegally entered the United States. At that time, USBP voluntarily returned CANTOR to Mexico.  Confirmed via the Office of Biometric Identity Management under FIN 11530521.

Further record checks reveal no other entries or admissions of CANTOR to the United States. Therefore, CANTOR last entered the United States on an unknown time and place, without inspection or permission by an immigration official.

CANTOR is in violation of Section 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA).

| Signature<br>MATTHEW ZABBIA | Title<br>Deportation Officer |
|---|---|

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Continuation Page for Form _I-213_

**U.S. Department of Homeland Security**

| Alien's Name | File Number | Date |
|---|---|---|
| CANTOR GARCIA, CARLOS | ███████ | 01/29/2026 |
| | Event No: CIP2601000493 | |

CRIMINAL HISTORY:
No criminal record was located at this time.

FBI#: ███████

APPLICATIONS:
CANTOR currently has Form I-589, Application for Asylum and for Withholding of Removal, pending with USCIS.

FAMILY:
CANTOR stated he is married and he has 3 minor USC child.  CANTOR stated he does not live with his wife and all his children live with their mother.

HEALTH:
CANTOR claimed to have high blood pressure, arthritis, stomach issues, and other pain issues. CANTOR claimed he takes medication for his issues but could only remember Prednisone as being one of them.

PHONE CALL:
CANTOR was provided with a phone call.

MEAL:
CANTOR was provided with food and water.

PROPERTY:
CANTOR was in possession of $11.00 at the time of his arrest. Recorded under DHS-589 # 1499570.

CANTOR's miscellaneous property was recorded under DHS-589 # 1499569.

DNA:
Collected under ███████

CONSULATE:
CANTOR did not request consulate notification at this time.

OTHER:
CANTOR was provided a copy of the "Notice of Rights for Central Islip Hold Room" while in processing.

CANTOR refused to sign any documents without an attorney present.

DISPOSITION:
CANTOR was served Forms I-200, Warrant for Arrest of Alien, and I-862, Notice to Appear, charging him in violation of Section 212(a)(6)(A)(i) of the INA; and processed accordingly.


OTHER IDENTIFYING NUMBERS
------------------------------
ALIEN-███████
Other Biometric-███████

| Signature | Title |
|---|---|
| MATTHEW ZABBIA | Deportation Officer |

___3___ of___3___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)