# Exhibit G Declaration

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CARLOS NAHUN CANTOR GARCIA,

*Petitioner,*

v.

KRISTI NOEM, *et al.*,

*Respondents.*

Hon. Christine P. O'Hearn, U.S.D.J.

Civil Action No. 26-1450 (CPO)

### DECLARATION OF DEREK LYNCH

I, Derek Lynch, do hereby declare and state as follows:

1. I am a Supervisory Detention and Deportation Officer with U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations (ICE-ERO) at 26 Federal Plaza. I have held this position since November 16, 2025. I have been employed with ICE since September 27, 2020.

2. As part of my official duties, I have access to electronic records and databases maintained in the ordinary course of business by ICE, including documentary records about alien detainees in ICE custody. I provide this declaration in response to the Petition for a Writ of Habeas Corpus filed by Petitioner Carlos Nahun Cantor Garcia in this Court.

3. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other ICE employees, and information portals maintained and relied upon by the U.S. Department of Homeland Security ("DHS") in the regular course of business.

4.  On January 29, 2026, during processing following Petitioner's arrest, ICE officers conducted an inventory of all property in Petitioner's possession.

5.  As is standard practice, ICE recorded all personal property confiscated for safekeeping during Petitioner's detention pending removal proceedings on a property receipt, or DHS Form 589.

6.  A copy of the DHS Form 589 is attached to this declaration as Exhibit A.

7.  ICE officers inventoried one keychain with keys; one cell phone; one pair of gloves; one hat; one pair of shoelaces; and one wallet with miscellaneous cards.  *See* Exhibit A.

8.  These items were placed in a secured bag clearly labeled with Petitioner's name and A-number.  *See* Exhibit B.

9.  The bag with Petitioner's possessions is currently being held at 26 Federal Plaza for safekeeping during the pendency of Petitioner's removal proceedings.

I hereby affirm that the foregoing is true and correct to the best of my knowledge.

DEREK C LYNCH
Digitally signed by DEREK C LYNCH
Date: 2026.02.16 13:40:02 -05'00'

Date:_____

Derek Lynch
Supervisory Detention and Deportation Officer

1

# Declaration Exhibit A

# PROPERTY RECEIPT

Case 1:26-cv-00798-EK    Document 9-7    Filed 02/16/26    Page 5 of 7 PageID #: 42

246465648

**Facility:** CIP                          **Date:** 1/29/26

**Name:** Carlos Cantor Garcia

| Quantity | Description |
|---|---|
| 1 | keys chain w/ keys |
| 1 | cell phone |
| 1 | pair of gloves |
| 1 | hat |
| 2 | shelaces |
| 1 | wallet w/ misc cards |

*Above described property taken for safekeeping –*

By: DHS Officer: ___TST 2696___

DHS Officer: ___TST 1094___

Surrendered by:

# Declaration Exhibit B

