UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS NAHUN CANTOR GARCIA,<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>*Respondents.* | HON. CHRISTINE P. O'HEARN, U.S.D.J.<br><br>Civil Action No. 26-1450 (CPO)<br><br>**JOINT STIPULATION AND<br>ORDER OF TRANSFER OF VENUE** |

**JOINT STIPULATION AND ORDER**

WHEREAS, Petitioner Carlos Nahun Cantor Garcia brought this habeas action under 28 U.S.C. § 2241 on February 11, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), and seeking an order from this Court requiring, among other things, that he be released from custody; and

WHEREAS, Petitioner filed this habeas petition in the U.S. District Court for the Eastern District of New York while he was located at the Metropolitan Detention Center in Brooklyn, New York;[1] and

---

[1] This action was originally transferred from the U.S. District Court for the Eastern District of New York based on allegations in the petition that Petitioner was detained at the Delaney Hall Detention Facility at the time of filing. Petitioner was detained at Delaney Hall until 1:00 p.m. on February 11, 2026. However, the parties have since confirmed, and agree, that Petitioner had been booked into the Metropolitan Detention Center, in Brooklyn, at 3:30 p.m. on February 11, 2026. As a result, Petitioner was detained at the Metropolitan Detention Center at the time of filing, 5:04 p.m. on February 11, 2026, and remains there. Accordingly, although Petitioner was detained at Delaney Hall prior to filing, Petitioner was not detained in this District at any time during the pendency of this habeas action.

1

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred back to the U.S. District Court for the Eastern District of New York under 28 U.S.C. § 1631; therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the Eastern District of New York.

| | |
|---|---|
| LAW OFFICES OF JOHN J. GARZON<br>45-09 Greenpoint Avenue<br>Sunnyside, New York 11104 | TODD BLANCHE<br>U.S. Deputy Attorney General<br><br>JORDAN FOX<br>Chief of Staff & Associate Deputy<br> Attorney General<br>Special Attorney |
| */s/ John J. Garzon*<br>JOHN J. GARZON, ESQ.<br>Law Offices of John J. Garzon<br>*Attorney for Petitioner* | By: */s/ David Inkeles*<br>DAVID INKELES<br>Assistant United States Attorney<br>*Attorneys for Respondents* |
| Dated: February 16, 2026 | Dated: February 16, 2026 |

**SO ORDERED:** _____
             HON. CHRISTINE P. O'HEARN, U.S.D.J.

2