UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

CARLOS NAHUN CANTOR GARCIA,

                    Petitioner,                    **ORDER**
                                                   26-CV-798(EK)

          -against-

KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security;
PAMELA BONDI, Attorney General; TODD
LYONS, Acting Director of U.S. ICE;
WILLIAM JOYCE, Acting Field Office
Director of U.S. ICE, New York Field
Office; JOHN TSOUKARIS, Field Office
Director of U.S. ICE, Newark Field
Office,

                    Respondents.

-------------------------------------x
ERIC KOMITEE, United States District Judge:

          This case was recently transferred to this District.
By 5:00 p.m. on February 25, Respondents are ordered to show
cause why the petition should not be granted for substantially
the same reasons articulated in the Court's recent order in
*Sarmiento Guerrero v. Noem*, No. 25-5881, 2025 WL 3214787 (Nov.
18, 2025).  Should Respondents acknowledge that the instant
petition presents no meaningful distinction from *Sarmiento
Guerrero*, they shall either afford Garcia a bond hearing or
release him — in either case, on or before March 5, absent
further order of this Court.  Otherwise, Petitioner should serve
his reply, if any, by 5:00 p.m. on March 2.

To preserve the Court's jurisdiction pending final disposition of the petition, Respondents are enjoined from moving the Petitioner outside the jurisdiction of this Court or the United States.

The Court respectfully directs that the Clerk of Court provide a courtesy copy of this Order to the Chief of the Civil Division of the United States Attorney's Office for the Eastern District of New York by electronic mail.

SO ORDERED.


___/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge


Dated:     February 19, 2026
           Brooklyn, New York